# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**SUSAN POLISTINA-WRIGHT,**
                    **Plaintiff,**

**v.**                                                    **Case No. 26-02092-AJP**

**SCRIPTPRO, LLC,**
                    **Defendant,**

## ORDER

The parties have advised the Court that they have reached an agreement settling this case in its entirety.

**IT IS THEREFORE ORDERED** that the clerk shall administratively terminate this action without prejudice. Pursuant to Federal Rule of Civil Procedure 41(a), the parties shall file a stipulation of dismissal signed by the parties, on or before **August 27, 2026**. The parties may reopen the proceedings for good cause shown, for entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation. If the Court does not receive a stipulation or the parties have not requested to reopen the case within the specified time, this Order shall constitute the Court's entry of final judgment of dismissal with prejudice pursuant to Rule 41(a)(2).

**IT IS SO ORDERED**.

ANTHONY J. POWELL
UNITED STATES DISTRICT JUDGE